1072

No. 93–8101. MEIS *v.* WYOMING DEPARTMENT OF CORRECTIONS ET AL. C. A. 8th Cir. Certiorari denied. ▮

No. 93–8114. TRIPATI *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 93–8115. WHITE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 93–8127. RUZICKA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 93–8128. PETE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 93–8131. LANGLINAIS *v.* LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied. ▮

No. 93–8133. RAY *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 93–8134. BRACKETT *v.* PETERS, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 93–8136. BERG *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–8139. SIMON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8148. BESON *v.* WISCONSIN. Ct. App. Wis. Certiorari denied. ▮

No. 93–8150. B. S. ET AL. *v.* DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied. ▮

No. 93–8154. SLESARIK *v.* LUNA COUNTY ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 93–8156. HOLMAN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. ▮

No. 93–8164. HOWARD *v.* NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied. ▮